433 F.2d 356
 Beatrice KILIAN, joined by her husband, Frederick John
Kilian, and Frederick John Kilian individually,
Plaintiffs-Appellees,
v.
CAMPBELL'S NATIONAL CAR LEASING, INC., a Florida
corporation, et al., Defendants, Bonita Jean Self,
Defendant-Appellant.
 No. 28534.
 United States Court of Appeals, Fifth Circuit.
 Oct. 14, 1970.
 
 Robert F. Nunez, Helen K. Hobbs, St. Petersburg, Fla., for defendant-appellant.
 C. J. Hardee, Jr., Charlie Luckie, Jr., Thomas A. Capelle, Tampa, Fla., for plaintiffs-appellees.
 Appeal from the United States District Court for the Middle District of Florida at Tampa; Ben Krentzman, District Judge.
 Before TUTTLE, BELL and GOLDBERG, Circuit Judges.
 PER CURIAM:
 
 Affirmed. See Local Rule 21.[1]
 
 
 [1]
 See N.L.R.B. v. Amalgamated Clothing Workers of America, 430 F.2d 966 (5th Cir. 1970)